UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW MEXICO

In Re:
CAROL PATRICIA CONTY,
    Debtor.                                                                      No. 07-10249-s7

## AMENDED REPORT TO THE COURT ON UNCLAIMED FUNDS DEPOSITED INTO THE COURT REGISTRY

      COMES NOW, the Trustee in Bankruptcy Carol Patricia Conty, No. 07-10249-s7, and hereby reports to the Court that pursuant to 11 U.S.C. Section 347(a) and Bankruptcy Rule 3011, as referred to in the Order filed herein on February 25, 2009, the Trustee will forward a check in the amount of five hundred three dollars and forty-four cents ($503.44) to the Clerk of the Court for transmission to the United States Treasury, which represents unclaimed funds in the Trustee's possession, on behalf of the following creditors, for the following reasons, and in the following amount:

                      Toyota Motor Credit. Co.        $503.44
                      PO Box 2958
                      Torrance, CA 90509-2958
                      (non-negotiated check)

                                            Respectfully Submitted,

                                            *Submitted Electronically*
                                            MICHAEL J. CAPLAN, Trustee
                                            827 E. Santa Fe Ave.
                                            Grants, NM  87020
                                            (505) 287-8891

      I certify that I mailed a copy of this notice, via first class mail, as noted, to the parties listed below and pursuant to NMLR 9036-1(b) and Fed. R. Civ. P. 5(b)(2)(D) by service on all counsel of record by use of the notice transmission facilities of the case management and electronic filing system on this 1st day of June, 2010.

*Submitted Electronically*
MICHAEL J. CAPLAN